If, after considering all the evidence, you can say you have an abiding conviction of the truth of the charge, you are satisfied beyond a reasonable doubt."

In *People v. Cagle,* 41 Ill.2d 528, the Supreme Court held the giving of this instruction in almost identical language to be reversible error. See also, *People v. Manley,* —— Ill.App.2d ——, 5th District, filed July 16, 1971.

For the foregoing reasons the judgment of the circuit court of St. Clair County is reversed and this case is remanded for proceedings not inconsistent with this opinion.

Reversed and remanded.

EBERSPACHER and CREBS, JJ., concur.

GEORGE J. RUTLEDGE, Plaintiff-Appellant, *v.* BERNARD E. NIEWOEHNER III, Defendant-Appellee.

(No. 70—30;

Fifth District—August 3, 1971.

Greaves and Phipps, of Champaign, and Armin C. Bear, of Tuscola, for appellant.

Burnside and Dees, of Vandalia, for appellee.